UNITED STATES DISTRICT COURT

WEST DISTRICT OF MISSOURI

(Court Level and Jurisdiction)

| | |
|---|---|
| James Branca<br><br>Plaintiff<br><br>-vs-<br><br>Steve Powell, Robert Taylor, Marjorie Powell, Ruth Branca, Robert Lottinger, Jessica Fernandez, Brent Teichman, and Judge Jerri J. Zhang; Johnson County Sheriffs Office; Church Of Jesus Christ Of Latter Day Saints.<br><br>Defendants | 24-00225-CV-W-BP<br>(Case I.D. Number)<br> |

### AFFIDAVIT

I, **James Branca**, of Kansas City, in Jackson County, Missouri, MAKE OATH AND SAY THAT:

1. I, **James Branca**, am hereby amending my complaint and ordering the immediate Recusal with prejudice of Judge Brent Teichman, Judge Jerri J. Zhang and J.D Kristin Jacobs Alexander in all state courts while ordering Federal Jurisdiction because of their failures to recognize the seriousness of human trafficking and parental alienation which has already been factually proven based on email and testimony. I am also ordering temporary full custody of all minors involved. I am basing further violations of U.S civil code and RSMO state code on evidence acquired in documents, photo and video. I am using secondary evidence such as testimony and circumstantial evidence. There were many violations and I have amended this affidavit in a manner to prosecute all individuals to the full extent of the law while I claim refuge status for me and my family to escape persecution being inflicted on us by all involved.

*The following statutes of US code were violated in a series of criminally negligent and intentional acts:*

**18 U.S.C. §§ 1621 and 1623. Section 1621- Perjury**

**Judge Teichman** has no legal basis to grant a protection order against my wife and aided in parental kidnapping and harassment.

2. **Steve Powell** called the Veterans Crisis line pretending to be me because i refused to impregnate his daughter sooner and he was suicidal because he had too many children and needed to steal my IRS tax returns and employment income to embezzle into his business and later criminally interfere with my rights to housing.
3. **Ruth Branca** Made false statements on a police affidavit to falsely hospitalize and imprison me after she forced me into sexual labor acts while beating, abusing and psychological scarring all of the children. Later made false allegations to obtain a protection order in retaliation of her child abuse and endangerment. Used corrupt Johnson County officials to obtain Ex Parte with no actual facts presented.
4. **Robert Lottinger** made claims of Adjudications which didn't exist and caused a total career loss and impairment which furthered my PTSD from the military. Jessica Fernandez of Houma was an accomplice in this.
5. **Marjorie Powell** lied in her testimony in Johnson county to further human trafficking, child endangerment and parent kidnapping. She presented no evidence of abuse and admitted to Ruth throwing and abusing the children. she contradicted herself by saying i pushed her and then acknowledging that the video evidence I have shows her husband harassing me after video shows me trying to protect my kids from creepy and obsessive behavior from the Powells.
6. **Brent Teichman** failed to uphold his oath as a judge because there is no legal basis for an order of protection against my wife that wasn't fabricated. No actual factual evidence was presented in court.
7. **Johnson County Sheriffs Office**- Falsified affadavits, body cam evidence; failed to give me my children in violation of human trafficking and held
8. me at gunpoint to force me into imprisonment and fail to recognize my reasonable accommodation of going to the airport to save me and my children.

**Federal Level: 18 U.S. Code § 2261A - Stalking**
Steve Powell, Rob Taylor, Marge Powell, Church Of Jesus Christ of Latter Day Saints.

*State level: Section 565.225, RSMO*

**18 U.S.C. § 1589 Forced Labor**

Steve Powell, Marge Powell

**18 U.S.C. § 1590 Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor**
**Zherri Zhang-** Granted a hearing, but failed to grant temporary custody and recognize the seriousness of the crimes committed. Failed to appoint fair legal Ad Litem Guardianship and displayed prejudice in court by failing to recognize the petitioner and actual facts of the case. Ruth had already admitted to no court order existing and withholding parental rights which makes it irresponsible to not grant temporary custody immediately and prosecute my wife for the trafficking of children, endangering their lives with several accomplices and kidnap them without a court order to hide child neglect and abuse.
**Kristin Alexander Jacobs-** She should have immediately recommended temporary custody based on violations of RSMO code which were admitted at the hearing. She does not care enough to be involved in any case pertaining to me or my family.

**18 U.S.C. § 1584 Involuntary Servitude**
**Steve Powell**; Forced me to work at his campground and build cabins for him in exchange for ownership of my property at 629 NW W HWY Kingsville, MO, 64061; Forced me to sexually be idolized by his wife and children and even asked his children to massage my bare skin which I adamantly refused and he later retaliated against me for.

**18 U.S.C. § 1591 Sex Trafficking of Children or by Force, Fraud, or Coercion**
*Steve Powell; Brent Teichman; Rob Taylor; Church of Jesus Christ of Latter Day Saints*

| | |
|---|---|
| **42 U.S.C. § 3631** | **Criminal Interference with Right to Fair Housing** |

*Steve Powell; Rob Taylor and All parties as secondary actors.*

**18 U.S. Code § 241 - Conspiracy against rights**
**Robert Taylor; Steve Powell** Stole over $30,000 worth of my property and illegally searched and seized my goods. They violated both my first, second and fourth amendment rights which i have serial number, receipts, and other evidentiary items. They committed treason using the authority of the Latter Day Saint Church and Melchezidek Priesthood which they should either no longer hold or the Church of Latter Day Saints needs to admit to treason and immediately appoint and new and competent prophet who cares about hygiene and the rights of children

*RSMO 565.153.* Parental kidnapping
**Ruth Branca; Marge and Steve Powell**

*RSMO 568.050.* Endangering the welfare of a child
*Ruth Branca, Steve Powell, Marge Powell; Rob Taylor; Church of Jesus Christ of Latter day Saints*

*RSMO 569.100.* Property damage in the first degree
*Ruth Branca; Steve Powell; Marge Powell*
Was committed in violation of human trafficking, defrauding the VA and embezzling money into Steve Powells business.

STATE OF MISSOURI

COUNTY (OR CITY) OF JACKSON

SUBSCRIBED AND SWORN TO BEFORE ME, on the ___22nd___ day of ___April___, ___2024___

_____
(Signature)

James Branca

Signature _____
(Seal)
NOTARY PUBLIC
My Commission expires:
_____

©2002-2024 LawDepot.com®



403 Burkarth Rd
Warrensburg, MO 64093-3101
(660) 747-2500

PATIENT: BRANCA, JAMES
MR #: 330453
FIN: 50846194
DOB/Age/Sex: 11/1/1988  34 years  Male

ADMISSION DATE: 3/19/2023
DISCHARGE DATE: 3/20/2023
ATTENDING DR: Singh,Harpreet MD
LOCATION: WMMC ED; Consult; 1

## Emergency Documentation

Document Name:
Service Date/Time: * They reported ED ⁊ not PTSD.
Result Status:

ED Note - Physician
3/19/2023 17:55 CDT
Modified

General Medical Problem ~~PTSD~~

* Falsified statements ⁊ forced labor ⁊ attempted murder *

Patient: BRANCA, JAMES   MRN: 330453   FIN: 50846194
Age: 34 years  Sex: Male  DOB: 11/1/1988
Associated Diagnoses: Paranoid behavior; Psychiatric problem; Suicidal risk
Author: Ream, April J APRN

**Basic Information**
  Time seen: Date & time 3/19/2023 17:58:00.
  History source: Patient, spouse, police.
  Arrival mode: Police.
  History limitation: None.
  Additional Information: Chief Complaint from Nursing Triage Note ; Chief Complaint
    3/19/2023 17:20 CDT   Chief Complaint    Pt brought in by sherrifs dept via hotline. Pt asked PD about lethal injection. Pt states he
    would only harm himself if threatened by someone else. He feels like he is being followed and that people are after him.

**History of Present Illness**
  The patient presents with Patient called the crisis hotline and please department sent out to his house. Wife also states that the patient has been
acting bizarrely. They do want him evaluated for psychiatric care. According to the wife "he has been driving back and forth a day says he has been
hearing voices. He thinks somebody is out to get him. He took the kids the other day a while I was cleaning and just started driving. He did not bring
jackets or shoes for them the car was not warm enough it was below freezing outside. My mom brought me out to Columbia where he was at and he
was acting erratically, told me I needed to leave with him then and therefore he would take the kids and leave me. Since then he has talked about going
to Washington DC and jumping off a building, driving to Florida to take what is coming to him. That might, I moved the kids to my mom's car and got in
the car with him about midnight but he would not drive home. Kept going east again. He did say we were going home and then he would cancel the trip
and switch directions and time I fell asleep. He is asked me to shoot him and asked my dad as well. He is told me names of people like Trump and Elon
musk talking to him in his head. He also said he is recently spoken to Jim Gregory, a friend who died a couple years ago.". The onset was unknown.
The degree at onset was unknown. The degree at present is unknown.

**Review of Systems**
  Constitutional symptoms: Negative except as documented in HPI.
  Skin symptoms: Negative except as documented in HPI.
  Eye symptoms: Negative except as documented in HPI.
  ENMT symptoms: Negative except as documented in HPI.
  Respiratory symptoms: Negative except as documented in HPI.
  Cardiovascular symptoms: Negative except as documented in HPI.
  Gastrointestinal symptoms: Negative except as documented in HPI.
  Genitourinary symptoms: Negative except as documented in HPI.
  Musculoskeletal symptoms: Negative except as documented in HPI.
  Neurologic symptoms: Negative except as documented in HPI.
  Psychiatric symptoms: Negative except as documented in HPI.
  Endocrine symptoms: Negative except as documented in HPI.
  Hematologic/Lymphatic symptoms: Negative except as documented in HPI.
  Allergy/Immunologic symptoms: Negative except as documented in HPI.
  Additional review of systems information: Unable to obtain due to: Clinical condition.

**Health Status**
  Allergies:

Print Date/Time: 5/9/2023 0

Page 1 of 5

Report Request ID: 344417530

# General Medical Problem *ED

Modified

**Patient:** BRANCA, JAMES
**Age:** 34 years  **Sex:** Male  **DOB:** 11/1/1988  **MRN:** 330453  **FIN:** 50846194
**Associated Diagnoses:**
**Author:** Ream, Ap[...]

## Basic Information
**Time seen:** Date & time 3/19/2023 17:58:00.
**History source:** Patient, spouse, police.
**Arrival mode:** Police.
**History limitation:** None.
**Additional Information:** Chief Complaint from Nursing Triage Note - Chief Complaint 3/19/2023 17:20 CDT [...]

## History of Present Illness
The patient presents with Patient called the crisis hotline and please department sent out to his house. Wife also states that the patient has been acting bizarrely. They do want him evaluated for psychiatric care. According to the wife "he has been driving back and forth a day says he has been hearing voices. He thinks somebody is out to get him. He took the kids the other day a while I was cleaning and just started driving. He did not bring jackets or shoes for them the car was not warm enough it was below freezing outside. My mom brought me out to Columbia where he was at and he was acting erratically, told me I needed to leave with him then and therefore he would take the kids and leave me. Since then he has talked about going to Washington DC and jumping off a building, driving to Florida to take what is coming to him. That might, I moved the kids to my mom's car and got in the car with him about midnight but he would not drive home. Kept going east again. He did say we were going home and then he would cancel the trip and switch directions and time I fell asleep. He is asked me to shoot him and asked my dad as well. He is told me names of people like Trump and Elo[...] musk talking to him in his head. He also said he is recently spoken to Jim Gregory, a friend who died a couple years ago". The onset was unknown. The degree at onset was unknown. The degree at present is unknown.

## Review of Systems
**Constitutional symptoms:** Negative except as documented in HPI.
**Skin symptoms:** Negative except as documented in HPI.
**Eye symptoms:** Negative except as documented in HPI.
**ENMT symptoms:** Negative except as documented in HPI.
**Respiratory symptoms:** Negative except as documented in HPI.
**Cardiovascular symptoms:** Negative except as documented in HPI.
**Gastrointestinal symptoms:** Negative except as documented in HPI.
**Genitourinary symptoms:** Negative except as documented in HPI.
**Musculoskeletal symptoms:** Negative except as documented in HPI.
**Neurologic symptoms:** Negative except as documented in HPI.
**Psychiatric symptoms:** Negative except as documented in HPI.
**Endocrine symptoms:** Negative except as documented in HPI.



## Emergency Documentation

|  |  |
|---|---|
| Weight Estimated | 98.600 kg |
| Triage Ht | 178 cm |
| Triage Weight | 98.6 kg |
| Triage BMI | 31.12 |

**al:** Alert, no acute distress.
**n:** Warm, dry, pink, intact.
**d:** Normocephalic, atraumatic.
**k:** Trachea midline.
**:** Normal conjunctiva.
**s, nose, mouth and throat:** Oral mucosa moist.
**diovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion.
**piratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
**trointestinal:** Soft, Normal bowel sounds.
**itourinary:** Exam deferred.
**k:** Normal range of motion.
**sculoskeletal:** Normal ROM.
**urological:** Alert and oriented to person, place, time, and situation.
**chiatric:** Cooperative, appropriate mood & affect.

**ision Making**
**ale:** The affidavit from the police states "on 3/19/2023 at 1550 3 PM I was dispatched regarding a suicidal person I contacted James by phone and he was confused thinking I was his friend and stated he wanted me to give him a lethal injection. While speaking with him he explained that he has not slept in 3 days and is worried the military is following him and will kill him, James stated he will not make through the night. James said that the military tried hurting him he would kill himself before they could." At the time of arrival patient states his only physical complaint is he has been having some diarrhea. He is asking the nurse what would happen if he would try to leave. It was explained to him that if he left he would be brought back by the police. He is cooperative with all procedures at this time

**ts review:** Lab results : Lab View
3/19/2023 17:50 CDT

| Test | Value |
|---|---|
| Sodium Level | 135 mmol/L LOW |
| Potassium Level | 3.8 mmol/L |
| Chloride Level | 101 mmol/L |
| CO2 | 21 mmol/L LOW |
| AGAP | 13 NA |
| Glucose Level | 125 mg/dL HI |
| BUN | 7 mg/dL LOW |
| Creatinine | 0.9 mg/dL |
| GFR AA | 118 mL/min HI |
| GFR Non AA | 98 mL/min |
| Calcium Level | 10.1 mg/dL |
| Bili Total | 1.2 mg/dL |
| Alk Phos | 88 unit/L |
| AST/SGOT | 30 unit/L |
| ALT/SGPT | 52 unit/L |
| Protein Total | 8.0 gm/dL |
| Albumin Level | 4.8 gm/dL |
| TSH | 0.89 mIU/mL |
| WBC | 8.79 x10^3/mcL |
| RBC | 5.54 x10^6/mcL |
| Hgb | 15.90 gm/dL |
| Hct | 45.0 % |
| MCV | 81.2 fL |
| MCH | 28.7 pg |
| MCHC | 35.3 g/dL (%) |
| RDW | 11.8 % |
| PLT | 355 x10^3/mcL |
| Auto Lymph % | 22.8 % |
| Auto Neut % | 64.6 % |
| Auto Mono % | 11.7 % HI |